# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Juliet Anne Fuller a/k/a Juliet Anne Marie Fuller a/k/a Juliet Marie Fuller d/b/a Yoga International<br><br>Debtor(s) | **BK NO. 24-03045 HWV**<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon, as indenture trustee, on behalf of the holders of the CSMC Trust 2010-16 Mortgage-Backed Notes and Certificates, Series 2010-16 and index same on the master mailing list.

    Respectfully submitted,

/s/ *Brent J. Lemon*
Brent Lemon
03 Dec 2024, 13:41:41, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: ea450f dce6feba88c2de150efac256fb021150ef61237e7ef2bfa45a0a4f1b0b