UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:  CASE NO.: 24-03045
 CHAPTER 13
**Juliet Anne Fuller,**
    **Debtor.**

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of The Bank of New York Mellon, as indenture trustee, on behalf of the holders of the CSMC Trust 2010-16 Mortgage-Backed Notes and Certificates, Series 2010-16 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

    Robertson, Anschutz, Schneid, Crane &
    Partners, PLLC
    Attorney for Secured Creditor
    130 Clinton Rd #202
    Fairfield, NJ 07004
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

By: /s/Robert Shearer
    Robert Shearer
    Email: rshearer@raslg.com

# CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on December 5, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JULIET ANNE FULLER
457 HEISEY ROAD
MECHANICSBURG, PA 17055

And via electronic mail to:

MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101

JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102

                 By: /s/Journie Morosky