United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                            Case No. 24-03045-HWV
Juliet Anne Fuller                            Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                          Page 1 of 2
Date Rcvd: Jan 16, 2025                    Form ID: ntserv                        Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juliet Anne Fuller, 457 Heisey Road, Mechanicsburg, PA 17055-9773 |
| 5671332 | | PENN STATE HEALTH HMC, ATTN: PATIENT FINANCIAL SERVICES, MC A410 PO BOX 853, HERSHEY, PA 17033 |
| 5671334 | | SELECT PORTFOLIO SERVICING INC, PO BOX 65777, SALT LAKE CITY UT 84165-0777 |
| 5671335 | | THE BANK OF NEW YORK MELL, PO BOX 65777, SALT LAKE CITY UT 84165-0777 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jan 16 2025 18:47:00 | The Bank of New York Mellon, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 5671328 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Jan 16 2025 18:48:00 | ASSET ACCEPTANCE LLC, PO BOX 2036, WARREN, MI 48090-2036 |
| 5671329 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 16 2025 18:48:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5671336 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 16 2025 18:47:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5671330 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 16 2025 18:47:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5671331 | ^ | MEBN | Jan 16 2025 18:40:37 | KML LAW GROUP PC, SUITE 5000 - BNY INDEPENDENCE CENTER, 701 MARKET STREET, PHILADELPHIA, PA 19106-1538 |
| 5671333 | + | Email/Text: RASEBN@raslg.com | Jan 16 2025 18:47:00 | ROBERTSON, ANSCHUTZ & SCHNEID, PL, 13010 MORRIS RD, STE 450, ALPHARETTA, GA 30004-2001 |
| 5673385 | + | Email/Text: RASEBN@raslg.com | Jan 16 2025 18:47:00 | The Bank of New York Mellon, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5671337 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 16 2025 18:47:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5671338 | | Email/Text: BNCnotices@dcmservices.com | Jan 16 2025 18:47:00 | UPMC HEALTH SERVICES BK NOTICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |

TOTAL: 10

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2025         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor The Bank of New York Mellon as indenture trustee, on behalf of the holders of the CSMC Trust 2010-16 Mortgage-Backed Notes and Certificates, Series 2010-16 blemon@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Juliet Anne Fuller DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Juliet Anne Fuller karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Robert Shearer | on behalf of Creditor The Bank of New York Mellon rshearer@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |

| In re: | |
|---|---|
| Juliet Anne Fuller,<br>aka Juliet Anne Marie Fuller, aka Juliet Marie Fuller, dba<br>Yoga International, | Chapter 13 |
| | Case No. 1:24−bk−03045−HWV |
| **Debtor 1** | |

### Instructions for Serving Documents

You are required to serve the attached document and file a Certificate of Service that conforms with Local Rule 9013−3. Failure to file a Certificate of Service in a timely fashion may result in postponing the matter at issue.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 16, 2025 |

ntserv (05/22)