IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **JULIET ANNE FULLER** | : | |
| aka Juliet Anne Marie Fuller; aka Juliet Marie Fuller; dba Yoga International | : | CASE NO. 1:24-bk-03045 |
| Debtor | : | |
| | : | |
| **The Bank of New York Mellon, as indenture trustee, on behalf of the holders of the CSMC Trust 2010-16 Mortgage-Backed Notes and Certificates, Series 2010-16,** | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **JULIET ANNE FULLER** | : | |
| aka Juliet Anne Marie Fuller; aka Juliet Marie Fuller; dba Yoga International, | : | |
| Respondent | : | |

## ANSWER TO MOTION FOR RELIEF FROM STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Proof of default is demanded at trial and this paragraph is therefore denied pending Debtor's review of payments made.

11. Proof of amounts owed is demanded at trial and this paragraph is therefore denied.

12. Proof of amounts owed is demanded at trial and this paragraph is therefore denied.

13. Proof of current value of collateral is demanded at trial and this paragraph is therefore denied.

14. Admitted that the statute provides for relief under certain circumstances.

15. Proof of default is demanded at trial and this paragraph is therefore denied pending Debtor's review of payments made.

16. Denied that Movant has demonstrated cause for relief from stay .

17. Denied that Rule 4001(a)(3) should not be applicable and denied that the Movant should be allowed to immediately enforce and implement the Order granting relief from the automatic stay.

    WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Dorothy L. Mott

_____

Dorothy L. Mott, Esquire
Mott & Gendron Law
Attorney ID # 43568
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com