IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:

Juliet Anne Fuller
aka Juliet Anne Marie Fuller
aka Juliet Marie Fuller
dba Yoga International

    Debtor.
_____/

CHAPTER 13
CASE NO.: 1:24-bk-03045-HWV

The Bank of New York Mellon, as indenture trustee, on behalf of the holders of the CSMC Trust 2010-16 Mortgage-Backed Notes and Certificates, Series 2010-16,

    Movant,

v.

Juliet Anne Fuller, Debtor,
Jack N Zaharopoulos, Chapter 13 Trustee,

    Respondents.
_____/

## ORDER

Upon consideration of the Motion for Relief from the Automatic Stay filed by the Bank of New York Mellon, as indenture trustee, on behalf of the holders of the CSMC Trust 2010-16 Mortgage-Backed Notes and Certificates, Series 2010-16 ("Movant"), Doc. 33, and the Answer to same filed by the Debtor, Doc. 34, and the hearing held on October 28, 2025, for the reasons stated on the record, it is

**ORDERED** that the automatic stay provisions of Section 362 of the Bankruptcy Code are terminated with respect to the Movant, its successors, and/or assignees such that it may proceed with appropriate state court remedies against the property located at 457 Heisey Road, Mechanicsburg, Pennsylvania 17055, including without limitation a sheriff's sale of the property.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 28, 2025