# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−1 | User: AutoDocketer | Date Created: 10/28/2025 |
| Case: 1:24−bk−03045−HWV | Form ID: pdf010 | Total: 2 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Dorothy L Mott | DorieMott@aol.com |
| aty | Michelle McGowan | mimcgowan@raslg.com |

TOTAL: 2