## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
JULIET ANNE FULLER :
aka Juliet Anne Marie Fuller; aka Juliet : CASE NO. 1:24-bk-03045
Marie Fuller; dba Yoga International :
    Debtor :
                                   :

## MOTION TO DISMISS CHAPTER 13 PURSUANT TO 11 U.S.C. §1307(b)


       COMES NOW the Debtor, by and through attorney Dorothy L. Mott, and moves to voluntarily dismiss the Chapter 13 proceeding.

1. The Debtor is no longer able to comply with the Chapter 13 Plan and does not desire to modify the plan.

2. This case has not been converted to Chapter 13 from another Chapter.

3. Under 11 U.S.C.§1307(b) the Debtor is entitled to have this case dismissed at any time.

       WHEREFORE, Debtor respectfully requests that this Court dismiss this case and grant such other relief as this Court deems just.


                            Respectfully submitted,

                            /s/ Dorothy L. Mott

                            _____
                            Dorothy L. Mott, Esquire
                            125 State Street
                            Harrisburg, PA 17101
                            (717)232–6650
                            doriemott@aol.com


                            _____
                            Juliet Anne Fuller

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                              :    CHAPTER 13
JULIET ANNE FULLER                                  :
aka Juliet Anne Marie Fuller; aka Juliet            :    CASE NO. 1:24-bk-03045
Marie Fuller; dba Yoga International                :
   Debtor                                            :
                                                    :

# O R D E R

Upon Consideration of the Motion to Dismiss Case filed by the Debtor, it is hereby

ORDERED that the Debtor's case is Dismissed.